*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


## MEMORANDUM OPINION

No. 04-07-00782-CV

**SEA WOLF MARINE TOWING, INC.**, Sea Wolf Marine Towing
& Transportation, Inc., and Sea Wolf Marine Transportation, L.L.C.,
Appellants

v.

Roberto G. **DIAZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-06-292
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Justice
               Karen Angelini, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:   October 29, 2008

JOINT MOTION TO DISMISS GRANTED; DISMISSED

On April 3, 2008, we abated this appeal and removed it from the court's active docket pursuant to an order of the United States District Court for the district of New Jersey staying all proceedings. The parties have advised the court that the federal court limitation action has been dismissed. Accordingly, we reinstate the appeal on the docket of this court.

The parties have filed a joint motion to dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). The appeal is dismissed and costs of the appeal are taxed against the party who incurred them.

PER CURIAM